# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Hickton, et al., </br>      Plaintiff, </br></br> vs. </br></br> Enterprise Rent-A-Car Co., Inc., et al., </br></br>      Defendants. | Misc. No. 09-210 |

Initial Conference<br>Before Judge Joy Flowers Conti

| | |
|---|---|
| Alfred Yates, Gerald Wells, Mark Petro | Dan O'Keefe, Jason Schwartz |
| Robert Camp, Hal Anderson, Peter Muhic | |
| Attorneys for Plaintiff | Attorneys for Defendant |

Date 7/14/09
Hearing begun   10:10 a.m.      Hearing concluded   11:15 a.m.
Stenographer   Virginia Pease      Clerk   Bradley Kitlowski

The court held an initial conference.  As more fully set forth on the record, the court ordered the admission requirements.  With respect to the case originally filed in the Western District of Pennsylvania, attorneys must either be generally admitted or admitted pro hac vice.  All other cases have no admission requirement.  All attorneys, however, must register with the CM/ECF system.  All filings must be dual-filed at both the individual case number and the miscellaneous case number.  Counsel for plaintiffs is to submit by July 21, 2009 a proposed order for appointment of lead/administrative counsel.  The parties are to meet and confer and submit a proposed master case management order by July 21, 2009.  Any party may file an objection by August 3, 2009.  The parties are to file a proposed amended confidentiality order by July 21,

2009.  The court stated the relevant page limitations.  Counsel in the *Averill* case is to notify the court by July 21, 2009, whether it wants to argue at the July 29 oral argument with respect to personal jurisdiction over parent-defendant.  Counsel for plaintiffs is to advise the court whether it wishes the court to go forward with the *Hickton* summary judgment motion.  The July 29, 2009 4:30 p.m. oral argument is rescheduled to July 29, 2009 at 2:00 p.m.   The first monthly status conference is set for Wednesday, August 26, 2009 at 4:30 p.m.  Proposed agendas for monthly status conferences should be filed the Friday before.  With respect to all cases, all deadlines are stayed until case management orders are entered.