**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

|  |
| --- |
| NICKOLAS HICKTON, et. al. |
| Plaintiff, |
| v. |
| ENTERPRISE RENT-A-CAR COMPANY, et. al. |
| Defendants. |
| |
| **THIS DOCUMENT RELATES TO:** |
| *All Actions* |

**Nos. 2:09-mc-00210**
**2:07-cv-01687**
**2:09-cv-00815**
**2:09-cv-00816**
**2:09-cv-00824**
**2:09-cv-00832**
**2:09-cv-00833**
**2:09-cv-01188**
**2:09-cv-01321**

**Judge Joy Flowers Conti**
*Electronically Filed*

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Michael Keith Averill, Jr., Kimberly Rickman and Todd Godbey, on behalf of themselves and all others similarly situated, in the above-captioned action hereby appeal to the United States Court of Appeals for the Third Circuit, from the August 13, 2010 Order Granting Summary Judgment on Joint Employer Issues, entered in this action on August 13, 2010.

Dated: September 13, 2010

/s/ Peter A. Muhic
Peter A. Muhic (PA 73501)
James A. Maro (PA 86420)
Michelle A. Coccagna (PA 205757)
**BARROWAY TOPAZ KESSLER**
**MELTZER & CHECK LLP**
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Lead Administrative Counsel for Plaintiffs*

Alfred G. Yates, Jr., Esq.
**LAW OFFICES OF ALFRED G. YATES, JR**.
429 Forbes Avenue
519 Allegheny Building
Pittsburgh, PA  15219
yateslaw@aol.com

*Counsel for Plaintiff Hickton*

Gregg I. Shavitz, Esq.
Hal B. Anderson, Esq.
**SHAVITZ LAW GROUP, PA**
1515 S. Federal Hwy., Ste. 404
Boca Raton, FL  33432
Telephone:  (561) 447-8888
Facsimile:  (561) 447-8831

*Counsel for Plaintiffs Graham, DePina, Galia, Gaudelli, Bromfield, and Hagler*

Joseph Allen Schreiber, Esq.
Mark Petro, Esq.
**SCHREIBER & PETRO, P.C.**
301 19th Street North, Suite 580
Birmingham, AL  35203
Telephone: (205) 871-5080
Facsimile: (205) 879-6960
allen@sppclaw.com

Robert J. Camp, Esq.
**THE COCHRAN FIRM**
505 North 20th Street, Suite 825
Birmingham, AL  35203
Telephone: (205) 244-1115
Facsimile: (205) 244-1171
rcamp@cochranfirm.com

*Counsel for Plaintiffs Averill and Hagler*

## CERTIFICATE OF SERVICE

And now, on this 13th day of September, 2010, I hereby certify that, pursuant to Local Rule 5.5 of the United States District Court for the Western District of Pennsylvania, the foregoing document has been served by electronic means through the Court's transmission facilities on all counsel of record.

/s/ Peter A. Muhic
Peter A. Muhic