**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NICKOLAS HICKTON, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>ENTERPRISE RENT-A-CAR COMPANY, et. al.<br><br>Defendants. | Nos. 2:09-mc-00210<br>2:07-cv-01687<br>2:09-cv-00815<br>2:09-cv-00816<br>2:09-cv-00824<br>2:09-cv-00832<br>2:09-cv-00833<br>2:09-cv-01188<br>2:09-cv-01321<br>2:10-cv-01003<br>2:10-cv-01189<br>2:10-cv-01456<br>2:11-cv-00071<br>2:11-cv-00333<br><br>Judge Joy Flowers Conti<br><br>*Electronically Filed* |
| **THIS DOCUMENT RELATES TO:**<br>*Hickton*, Case No. 2:07-cv-01687<br>*DePina*, Case No. 2:09-cv-00815<br>*Galia*, Case No. 2:09-cv-00816<br>*Guadelli*, Case No. 2:09-cv-00824<br>*Averill*, Case No. 2:09-cv-00832<br>*Graham*, Case No. 2:09-cv-00833<br>*Bromfield*, Case No. 2:09-cv-001188<br>*Hagler*, Case No. 2:09-cv-01321 | |

**PLAINTIFFS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 28 U.S.C. § 1292(b) CERTIFYING FOR INTERLOCUTORY APPEAL THE COURT'S ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON JOINT EMPLOYER ISSUES**

Plaintiffs, by their undersigned counsel, hereby submit this Motion for Entry of An Order Pursuant to 28 U.S.C. § 1292(b) Certifying for Interlocutory Appeal the Court's Order Granting Defendants' Motion for Summary Judgment on Joint Employer Issues, and in support thereof state as follows:

1. On August 13, 2010, this Court entered a Memorandum Opinion and Order

granting Defendants' motion for summary judgment on joint employer issues and entered judgment in favor of ERAC-Missouri against Plaintiffs. *See* Case No. 2:09-mc-00210, ECF Nos. 202 and 203.

2. Thereafter, Plaintiffs informed Defendants and the Court that Plaintiffs intended to seek interlocutory appeal of the August 13, 2010 Order pursuant to 28 U.S.C. § 1292(b).

3. Pursuant to the April 26, 2011 status conference with the Court, Plaintiffs file the instant motion asking the Court to certify the August 13, 2010 decision for interlocutory appeal. Attached as Exhibit A is a proposed order setting forth the basis for the appeal.

WHEREFORE, Plaintiffs respectfully request that the Court grant the instant motion and enter the Proposed Order certifying the Court's decision on joint employer issues for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

Dated: May 6, 2011

Respectfully submitted,

*/s/ Peter A. Muhic*
Peter A. Muhic (PA 73501)
James A. Maro (PA 86420)
Michelle A. Coccagna (PA 205757)
**BARROWAY TOPAZ KESSLER MELTZER & CHECK LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Lead Administrative Counsel for Plaintiffs*

Alfred G. Yates, Jr., Esq.
**LAW OFFICES OF ALFRED G. YATES, JR.**
429 Forbes Avenue
519 Allegheny Building
Pittsburgh, PA 15219
yateslaw@aol.com

Gregg I. Shavitz, Esq.
Hal B. Anderson, Esq.
**SHAVITZ LAW GROUP, PA**

1515 S. Federal Hwy., Ste. 404
Boca Raton, FL 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

Joseph Allen Schreiber, Esq.
Mark Petro, Esq.
**SCHREIBER & PETRO, P.C.**
Two Metroplex Drive, Suite 107
Birmingham, Alabama 35209
Telephone: (205) 871-5080
Facsimile: (205) 879-6960
allen@sppclaw.com

Robert J. Camp, Esq.
**THE COCHRAN FIRM**
505 North 20th Street, Suite 825
Birmingham, AL 35203
Telephone: (205) 244-1115
Facsimile: (205) 244-1171
rcamp@cochranfirm.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

And now, on this 6th day of May, 2011, I hereby certify that, pursuant to Local Rule 5.5 of the United States District Court for the Western District of Pennsylvania, the foregoing document has been served by electronic means through the Court's transmission facilities on all counsel of record.

*/s/ Peter A. Muhic*
Peter A. Muhic