UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICKOLAS HICKTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ENTERPRISE RENT-A-CAR COMPANY, et. al., <br><br> Defendants. | Nos. 2:09-mc-00210 <br> 2:07-cv-01687 <br> 2:09-cv-00815 <br> 2:09-cv-00816 <br> 2:09-cv-00824 <br> 2:09-cv-00832 <br> 2:09-cv-00833 <br> 2:09-cv-01188 <br> 2:09-cv-01321 <br> 2:10-cv-01003 <br> 2:10-cv-01189 <br> 2:10-cv-01456 <br> 2:11-cv-00071 <br> 2:11-cv-00333 <br> 2:11-cv-01024 <br> 2:12-cv-00659 <br><br> Judge Joy Flowers Conti <br><br> *Electronically Filed* |
| THIS DOCUMENT RELATES TO: <br> *ALL ACTIONS* | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND ENHANCEMENT PAYMENTS TO THE NAMED PLAINTIFFS, OPT-IN PLAINTIFFS AND SAMPLE PLAINTIFFS**

On August 28, 2013, the Court heard the Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Enhancement Payments to the Named Plaintiffs, Opt-In Plaintiffs and Sample Plaintiffs by Plaintiffs Nickolas Hickton, Sean Herbster, Miquel McDonald, Michael Keith Averill, Jr., Jasmine Bromfield, Nils Hagstrom, Elsa DePina, Jeffrey Galia, Robert Bajkowski, Tori Gaudelli, Donnashekia Richard, Wayman F. Graham, II, Michael Douty, Michelle Mitchell Steen, Spencer Hardy, Kevin C. Hagler, Shawn Modiri, Robert Schieser, Brandy Peery, Steven Lamothe, and Bobby Kelley (collectively, "Plaintiffs" or

"Named Plaintiffs"), on behalf of themselves and all others similarly situated. Having considered all papers filed and proceedings conducted in support of the motion, having found the Settlement of this Litigation on the terms set forth in the Joint Stipulation and Settlement Agreement ("Agreement") filed with the Court on April 12, 2013 to be fair, reasonable and appropriate, the Court hereby finds and orders as follows:

1. Unless otherwise defined herein, all terms used in this Order (the "Fee Order") will have the same meaning as defined in the Agreement.

2. This Court has jurisdiction over the subject matter of this motion and all matters relating thereto, including all Class Members.

3. Class Counsel are awarded attorneys' fees in the amount of $2,583,333.33, and reimbursement of litigation costs in the amount of $238,493.44, to be paid from the Settlement Amount.

4. Upon consideration of the size of the Settlement Amount and the number of beneficiaries, the absence of any objections to the Settlement or the fees and expenses requested by Class Counsel, the skill and efficiency of the attorneys involved, the complexity, expense and duration of the Litigation, the substantial risk of non-recovery, the amount of time and effort devoted to the case, the awards in similar cases, and the terms of the Settlement, the Court finds that the amount of fees and expenses awarded are appropriate, fair and reasonable. No other fees or expenses may be awarded to Class Counsel in connection with the Settlement. The attorneys' fees and expenses shall be paid to Class Counsel in accordance with the terms of the Agreement.

5. In recognition of their service to this Litigation and contributions to the Class, class representative enhancement awards are to be paid from the Settlement Amount to the Plaintiffs as follows: Named Plaintiffs who were not deposed shall receive a Named Plaintiff

Enhancement Payment in the amount of Two Thousand Five Hundred Dollars ($2,500); each Sample Plaintiff will receive a Sample Plaintiff Enhancement Payment in the amount of Five Thousand Dollars ($5,000); and Opt-In Plaintiffs will receive an Opt-In Plaintiff Enhancement Payment in the amount of Two Hundred Fifty Dollars ($250).

Such amounts are to be paid in accordance with the Agreement.

The Clerk of Court is directed to mark this miscellaneous case, lead case 07-cv-1687, and all related civil cases listed in the caption as CLOSED.

**IT IS SO ORDERED.**

DATE: August 28, 2013                    BY THE COURT:

_____
Chief Judge Joy Flowers Conti